JOHN A. DREW, Appellant, *v.* CHARLES PHILIP COLEMAN, Respondent, Impleaded with Others.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 22d day of July, 1914, granting a motion to make the complaint more definite and certain.

PER CURIAM: The order appealed from should be modified as follows, and as so modified affirmed, without costs: Subdivision 1. Stricken out. Subdivision 2. Amended so as to read as follows: "Whether or not it is intended to be alleged that this defendant or the board of directors of which he was a member received any part of the amount referred to in Paragraph Twenty-fifth of the complaint as 'various sums aggregating five and a half million dollars.'"  Subdivision 3. Strike out the last nine words thereof: "and if a part, what amount was so received."  Subdivision 4. Strike out the last twenty-six words thereof: "and if a part of said sum, what amount is alleged to have so disappeared, and, if so, of what said wrongful acts or negligence consisted."  Subdivision 5. Strike out the words: "and in what transaction or transactions."  Subdivision 6. Strike out the words: "and if a part, what part."  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.  Order modified as directed in opinion and as modified affirmed, without costs.  Order to be settled on notice.